UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY INN HOTEL, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:24-cv-01316-EPG<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2). |

Plaintiff Candace Smith, proceeding *pro se*, filed a complaint[1] on October 28, 2024, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2). Plaintiff has made the showing required by § 1915(a).

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

---

[1] The Court notes that Plaintiff's complaint lists her address as 575 Minnewawa, Clovis, CA 93611. (ECF No. 1 at 1, 2). However, in a case filed by Plaintiff on October 22, 2024, *Smith v. Dyer et al.*, No. 1:24-CV-01288-JLT-EPG, Plaintiff listed her address as 3269 Sample, Fresno, CA 93710. Plaintiff is reminded that she must make sure the Court has her current address by promptly filing a notice of change of address, pursuant to Local Rule 183(b), and that failing to do so may result in a dismissal of her case.

Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is granted.[2]

IT IS SO ORDERED.

Dated:   **October 30, 2024**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE

---

[2] The Court notes that, because Plaintiff proceeds *in forma pauperis*, Plaintiff's complaint is subject to screening before the Court authorizes the Clerk of the Court to issue summons. *See* 28 U.S.C. § 1915; *see also O'Neal v. Price*, 531 F.3d 1146, 1151 (9th Cir. 2008) ("After a prisoner applies for *in forma pauperis* status and lodges a complaint with the district court, the district court screens the complaint and determines whether it contains cognizable claims. If not, the district court must dismiss the complaint."); *Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000) (noting that "section 1915(e) applies to all *in forma pauperis* complaints, not just those filed by prisoners"); *Preciado v. Salas*, No. 1:13-cv-0390-LJO-BAM, 2014 WL 127710, at *1 (E.D. Cal. Jan. 14, 2014) ("The Court is required to screen complaints brought by plaintiffs proceeding *pro se* and *in forma pauperis*."). Accordingly, the Court will screen Plaintiff's complaint in due course.