UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDACE SMITH, | No. 1:24-cv-01316-KES-EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| UNIVERSITY INN HOTEL, et al., | Doc. 7 |
| Defendants. | |

Plaintiff Candace Smith, proceeding pro se and in forma pauperis, filed this civil action on October 28, 2024. Docs. 1, 3. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 13, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice and without leave to amend based on plaintiff's failure to comply with Rule 8 of the Federal Rules of Civil Procedure, and the Court's lack of subject-matter jurisdiction. Doc. 7. Specifically, the findings and recommendations found that the plaintiff set forth no facts in support of her allegations within her complaint and had not pled facts to establish this Court's jurisdiction. *Id.* at 3–4. Additionally, because of the plaintiff's lengthy history of filing deficient lawsuits, the findings and recommendations found that granting leave to amend would be futile. *Id.* at 5. The findings and recommendations contained notice that any objections thereto were to be filed within thirty

1

days after service. *Id*. at 7.  No objections were filed and the time to do so has passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS ORDERED:

1. The findings and recommendations issued on December 13, 2024, Doc. 7, are adopted in full;
2. This action is dismissed without prejudice and without leave to amend; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   January 31, 2025

UNITED STATES DISTRICT JUDGE

---

[1] The Clerk's office attempted to serve the plaintiff with the findings and recommendations. However, her mail was returned as undeliverable.